EMILY J. FARAGO, *ETC.*, PLAINTIFF-PETITIONER, v. JOHN PETER SLUKE, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 356.

*Messrs. Seaman, Williams & Seaman* for the petitioner.

*Mr. Albert M. Neiss* for the respondent.

July 1, 1966. Denied.

MARGARET D'AGOSTINO, *ETC.*, PLAINTIFF-RESPONDENT, v. FRANK STANISCI, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Shapiro, Brotman & Eisenstat* and *Mr. Michael D. Capizola* for the petitioners.

*Messrs. Milton, Keane & DeBona* for the respondent.

July 1, 1966. Denied.

JUSTO SANTIAGO, PLAINTIFF-RESPONDENT, v. MAYFLOWER ESTATES, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Friedman & D'Alessandro* for the petitioner.

*Messrs. Baker, Garber & Chazen* for the respondent.

July 1, 1966. Denied.